```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 12845
   THEODISE HARRIS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
  SSN XXX-XX-4340


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/06/2005 and was confirmed 06/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
MIDLAND MORTGAGE CO      CURRENT MORTG       .00           .00           .00
ESSEX INSURANCE CO       CURRENT MORTG       .00           .00           .00
AMERICAN GENERAL FINANCE UNSEC W/INTER   2028.84        157.44       2028.84
BP AMOCO                 UNSEC W/INTER NOT FILED           .00           .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER   4684.39        363.44       4684.39
ECAST SETTLEMENT CORP    UNSEC W/INTER   8569.13        664.88       8569.13
ECAST SETTLEMENT CORP    UNSEC W/INTER   1518.12        117.80       1518.12
RESURGENT ACQUISITION LL UNSEC W/INTER   1046.77         70.75       1046.77
SOUTH CENTRAL BANK       NOTICE ONLY   NOT FILED           .00           .00
STEER FINANCIAL SERVICES UNSEC W/INTER NOT FILED           .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    991.45         76.91        991.45
HOME DEPOT CREDIT SERVIC UNSEC W/INTER NOT FILED           .00           .00
CHICAGO MUNICIPAL EMPLOY UNSEC W/INTER NOT FILED           .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER   1794.23        122.18       1794.23
MIDLAND MORTGAGE CO      MORTGAGE ARRE    328.55           .00        328.55
RESURGENT CAPITAL SERVIC UNSEC W/INTER    751.96         42.09        751.96
MIDFIRST BANK            NOTICE ONLY   NOT FILED           .00           .00
LEGAL HELPERS PC         DEBTOR ATTY    1,900.00                    1,900.00
TOM VAUGHN               TRUSTEE                                    1,386.19
DEBTOR REFUND            REFUND                                       701.88

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            27,317.00

PRIORITY                                      .00
SECURED                                    328.55
UNSECURED                               21,384.89
    INTEREST                             1,615.49
ADMINISTRATIVE                           1,900.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 12845 THEODISE HARRIS
```

```
TRUSTEE COMPENSATION                                              1,386.19
DEBTOR REFUND                                                       701.88
                                        ----------------    ----------------
TOTALS                                         27,317.00           27,317.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 05 B 12845 THEODISE HARRIS